**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JANEWAY TOWING,                          : No. 142 MAL 2019
                                         :
                          Petitioner     :
                                         :
                                         : Petition for Allowance of Appeal from
                                         : the Order of the Superior Court
            v.                           :
                                         :
                                         :
CREDIT CONNECTION AUTO SALES,            :
                                         :
                          Respondent     :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of August, 2019, the Petition for Allowance of Appeal is

**DENIED**.